UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 11-11212-RWZ

CA'RYNA BOWMAN

v.

MAYFLOWER TRANSIT, LLC

ORDER

January 7, 2013

ZOBEL, D.J.

Plaintiff sued defendant Mayflower Transit, LLC in state court to recover for damages to and loss of her property during its transport by defendant. Defendant removed the action to this court pursuant to 28 U.S.C. § 1331 because plaintiff alleged a claim under the Carmack Amendment, 49 U.S.C. § 14706; in due course, defendant then moved for summary judgment based on plaintiff's failure to file a qualified written claim.[1] The court allowed defendant's motion for summary judgment on October 4, 2012. On December 5, 2012, defendant filed its Bill of Costs in the amount of $2,863.70, which plaintiff vigorously opposes.[2]

Plaintiff charges that defendant ran up costs by removing the case, by failing to offer a reasonable settlement, by taking three depositions, and by its ultimately

---

[1] Defendant initially moved to dismiss a number of state law claims on preemption grounds, which motion was allowed.

[2] Defendant did previously offer judgment pursuant to Federal Rule of Civil Procedure 68, which plaintiff did not accept.

successful motion practice. Further, plaintiff points out that defendant did not deny the damage done, but instead prevailed on technical procedural grounds.

Federal Rule of Civil Procedure 54(d) provides that costs "should be allowed to the prevailing party"; defendant is the prevailing party, and the costs claimed by defendant are all within the parameters of allowable costs described by statute. See 28 U.S.C. § 1920. Therefore, the Bill of Costs is allowed.

Nonetheless, the record suggests that plaintiff in fact suffered a sizeable loss at the hands of defendant, for which she has received no recompense. Even though plaintiff did refuse defendant's offer of judgment, forgiving costs in the circumstances of this case would result in a fair and reasonable resolution.

|  |  |
|---|---|
|    January 7, 2013    |    /s/Rya W. Zobel    |
| DATE | RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |